UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NORDEIS DELGADO
RODRIGUEZ,

        Plaintiff,

   v.

U.S. DISTRICT COURT,

        Defendant,

Case No. 2:26-cv-692-KCD-DNF

## **ORDER**

Nordeis Delgado Rodriguez is a citizen of Cuba who illegally entered the Untied States in 2004. He has filed a pro se habeas corpus petition under 28 U.S.C. § 2241. (Doc. 1.) As best the Court can understand, he is challenging a removal order from 2012. That is what he identifies as the action in dispute, and the relief he seeks is "the opportunity to appeal my order of removal." (Doc. 1 at 8.) The problem for Rodriguez is that Congress built a highly specific, exclusive pipeline for challenging removal orders. And that pipeline completely bypasses the federal district courts. Under 8 U.S.C. § 1252(a)(5), the *only* path for judicial review of a removal order is a petition filed in the appropriate court of appeals. *See Nasrallah v. Barr*, 590 U.S. 573, 580 (2020) ("[F]inal orders of removal may not be reviewed in district courts, even via habeas corpus, and may be reviewed only in the courts of appeals.").

Because Rodriguez's petition is an unmistakable, direct challenge to his removal order, this Court lacks the authority to hear it. Accordingly, the Petition for a Writ of Habeas Corpus (Doc. 1) is **DISMISSED**. The Clerk is directed to enter judgment, terminate any pending motions, and close the file.

**ORDERED** in Fort Myers, Florida on April 2, 2026.

Kyle C. Dudek
United States District Judge